# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>This Document Relates to:<br><br>*The Commonwealth of Puerto Rico, et al., v. 3M Company, et al.*,<br>Case No.: 2:23-cv-02351-RMG |

## STIPULATION OF PARTIAL DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff the Puerto Rico Aqueduct and Sewer Authority ("PRASA") in the above-captioned action and Defendant BASF Corporation hereby stipulate and agree to a dismissal with prejudice of PRASA's Claims against BASF Corporation, individually and as successor in interest to Ciba, Inc., and any other Released Parties ("BASF")[1] in this action pursuant to PRASA's decision to participate in the Settlement Agreement Between Public Water Systems and BASF dated May 20, 2024 (the "Settlement Agreement"), which received final approval on November 22, 2024, from the Court overseeing *In Re: Aqueous Film-Forming Foams Products Liability Litigation,* No. 2:18-mn-2873 (D.S.C.).

The certain Claims or portions thereof that are <u>not</u> dismissed pursuant to this stipulation are the following: (1) all Claims asserted by the non-PRASA Plaintiffs against all Defendants, including BASF; and (2) all of PRASA's Claims against all Defendants except for BASF.

---

[1] Unless otherwise indicated, all capitalized terms in this stipulation have the meaning given to them in the Settlement Agreement.

1

Each Party shall bear its own costs.

Date: April 30, 2025

*/s/ Jimmy R. Rock*
JIMMY R. ROCK
EDELSON PC
1255 Union Street NE, 7th Floor
Washington, DC 20002
Tel. 202.270.4777
jrock@edelson.com

DAVID MINDELL
SHANTEL CHAPPLE KNOWLTON
EDELSON PC
350 N. LaSalle Street, Suite 1400
Chicago, IL 60654
Tel: 312.589.6370
Fax: 312.589.6378
dmindell@edelson.com
schappleknowlton@edelson.com

*Counsel for PRASA*

Respectfully submitted,

*/s/ Matthew A. Holian*
Matthew A. Holian
John R. Wellschlager
Holly Purdy-McMillan
DLA PIPER
33 Arch Street 26th Floor
Boston, MA 02110-1447
Tel. (617) 406-6009
Matt.Holian@us.dlapiper.com
John.Wellschlager@us.dlapiper.com
Holly.Purdy-McMillan@us.dlapiper.com

*Counsel for BASF Corporation*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 30, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                            */s/ Matthew A. Holian*
                                            Matthew A. Holian
                                            DLA Piper LLP (US)
                                            33 Arch Street, 26th Floor
                                            Boston, Massachusetts 02110-1447
                                            (617) 406-6009
                                            matt.holian@us.dlapiper.com